# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Luis Adelmo Guillen Orejel,

    Plaintiff

  v.

Merrick Garland, et al.,

    Defendants

Case No.: 2:24-cv-00863-CDS-NJK

**Order Granting Stipulated Motion to Extend Response Deadline**

[ECF No. 13]

Plaintiff Luis Adelmo Guillen Orejel and defendants Merrick Garland, UR M. Jaddou, Alejandro Mayorkas, Mirash Mick Dedvukaj, and Michael Klinger jointly move to extend the deadline for defendants to respond to the complaint. ECF No. 13. Defendants request a 60-day extension, which would move the response deadline from August 13, 2024 to October 11, 2024. *Id.*

Because the parties believe they have reached an agreement that would eliminate the need for further litigation and could lead to a dismissal of this case, I find that they have sufficiently established good cause, so their extension request **[ECF No. 13] is GRANTED** nunc pro tunc to the date of the request. The new deadline by which the defendants must file an answer is October 11, 2024.

Dated: August 14, 2024

_____

Cristina D. Silva
United States District Judge