IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| LUIS ADELMO GUILLEN OREJEL, | : | Case No. 2:24-cv-00863-CDS-NJK |
| Plaintiff | : | |
| v. | : | **Order Approving Stipulation to Hold in Abeyance and to Stay Case** |
| MERRICK GARLAND, Attorney General of the United States; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security; MIRASH MICK DEDVUKAJ, District Director, U.S. Citizenship and Immigration Services; and MICHAEL KLINGER, Field Office Director, U.S. Citizenship and Immigration Services, | : | [ECF No. 15] |
| Defendants | : | |

This matter having come before the Court upon the stipulation of the parties to hold this case in Abeyance, and the court being fully advised in the premises,

IT IS ORDERED that this matter is held in abeyance pursuant to the terms set forth in the stipulation, and stayed until November 26, 2024. A dismissal document, or a joint status report addressing the plaintiff's receipt of a Notice of Oath Ceremony, is due on or before that same date.

IT IS FURTHER ORDERED that all obligations and deadlines established pursuant to the Federal Rules of Civil Procedures and the local civil rules for the United States District Court, District of Nevada, are stayed during this time and until further notice by this Court.

Dated: October 8, 2024

_____
HON. CRISTINA D. SILVA
U.S. District Judge