Kathia Quiros, Esq.
Bar No. 8874
GWP Immigration Law
8942 Spanish Ridge Ave. Ste 1
Las Vegas, NV 89148
702-737-7717
kq@gwp.law
Attorney for Plaintiff Luis Adelmo Guillen Orejel

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LUIS ADELMO GUILLEN OREJEL,<br><br>Plaintiff<br><br>vs.<br><br>MERRICK B. GARLAND, U.S. ATTORNEY GENERAL; ALEJANDRO MAYORKAS, DHS SECRETARY;  UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MIRASH MICK DEDVUKAJ DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; MICHAEL KLINGER FIELD OFFICE DIRECTOR FOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES, DETROIT, MI; JOHN DOE,<br><br>Defendants | Case No.: 2:24-cv-00863-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff and Federal Defendants, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and fees.

Respectfully Submitted on this 4th day of November of 2024,

\\\

\\\

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE.                    PAGE **1** OF **2**

GWP IMMIGRATION LAW

/S/ Kathia Quiros

---

Kathia Quiros
NV Bar No. 8874
8942 Spanish Ridge Ave., Ste. 1
Las Vegas, NV 89148
*Attorney for Plaintiff*

/S/ Shane A. Young

---

Shane A. Young
DC Bar #1620020
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Attorney for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED**: November 5, 2024